518 A.2d 1213

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVERS LICENSING**

v.

**Al COHEN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 2 E.D. Appeal Docket 1987.